UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF COREVEST AMERICAN FINANCE 2022-P2 TRUST MORTGAGE PASS-THROUGH CERTIFICATES c/o SITUS HOLDINGS LLC 2 EMBARCADERO CENTER, 8th FLOOR, SAN FRANCISCO, CA 94111,<br><br>Plaintiff,<br><br>v.<br><br>BRICKS & TIMBER RESIDENTIAL LLC and B&T RESIDENTIAL PLEDGOR LLC,<br><br>Defendants. | Case No. **7:24-cv-06353-CS**<br><br>[Proposed] **ORDER ON RECEIVER'S CONSENT MOTION FOR COURT APPROVAL OF THE PROPOSED SALE OF TEN PROPERTIES IN THE RECEIVERSHIP ESTATE** |

THIS MATTER is before the Court on the Receiver's *Motion for Court Approval of the Proposed Sale of Ten Properties in the Receivership Estate*, the Court finds that the sale satisfied the Court's order dated June 18, 2025, authorizing the Receiver to sell properties in the Receivership Estate through an auction process.

IT IS HEREBY ORDERED that the Court approvals the sale of the following properties for the total purchase price specified below:

| | Address | City/Town | State | Zip Code | APN | Total Purchase Price ($) |
|---|---|---|---|---|---|---|
| 1. | 502 N. Park Drive | Jackson | MS | 39206 | 0522 0142 000 | 32,500.00 |
| 2. | 4221 Brown Street | Anderson | IN | 46013 | 48-11-25-204-024.000-000 | 49,700.00 |
| 3. | 4295 Oaklawn Drive | Jackson | MS | 39206 | 0429 0246 000 | 37,500.00 |

|  | Address | City/Town | State | Zip Code | APN | Total Purchase Price ($) |
|---|---|---|---|---|---|---|
| 4. | 8115 Barry Road | Indianapolis | IN | 46219 | 49-08-30-101—043.000-701 | 79,590.00 |
| 5. | 2930 Highland Place | Indianapolis | IN | 46208 | 49-06-26-105-0066.000-101 | 102,900.00 |
| 6. | 3042 Danbury Road | Indianapolis | IN | 46222 | 49-06-105-025.000-901 | 112,350.00 |
| 7. | 2069 Scanlon Drive | Jackson | MS | 39204 | 0634 0407 000 | 68,017.95 |
| 8. | 512 Woodward Avenue | Jackson | MS | 39206 | 0522 0242 000 | 65,333.10 |
| 9. | 2717 Station Street | Indianapolis | IN | 46218 | 49-07-29-156-180.000-101 | 89,920.95 |
| 10. | 3331 N. Chester Avenue | Indianapolis | IN | 46218 | 49-07-21-131-003.000-101 | 75,019.35 |

IT IS FURTHER ORDERED that the Receiver may enter into sales contracts for these properties and execute deeds transferring each property to the successful bidder. Accordingly, the Receiver requests approval of the sale of the aforementioned ten properties.

**SO ORDERED** this 12th day of November 2025

*Cathy Seibel*

_____
Honorable Cathy Seibel
United States District Court Judge

The Clerk shall terminate ECF No. 36.