Docusign Envelope ID: B01919A2-F3E6-4E90-A38D-F94034BB090A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF COREVEST AMERICAN FINANCE 2022-P2 TRUST MORTGAGE PASS-THROUGH CERTIFICATES c/o SITUS HOLDINGS LLC 2 EMBARCADERO CENTER, 8th FLOOR, SAN FRANCISCO, CA 94111,<br><br>Plaintiff,<br><br>v.<br><br>BRICKS & TIMBER RESIDENTIAL LLC and B&T RESIDENTIAL PLEDGOR LLC,<br><br>Defendants. | Case No. **7:24-cv-06353-CS**<br><br>**[Proposed] ORDER ON RECEIVER'S CONSENT MOTION FOR COURT APPROVAL OF THE PROPOSED SALE OF THREE PROPERTIES IN THE RECEIVERSHIP ESTATE** |

THIS MATTER is before the Court on the *Receiver's Consent Motion for Court Approval of the Proposed Sale of Three Properties in the Receivership Estate.* The Court FINDS that the sales are authorized in the Court's order, dated October 7, 2024, which grants the Receiver authority to sell properties in the Receivership Estate.

WITH THE CONSENT OF THE PARTIES, IT IS HEREBY ORDERED that the Court approves the sale of each of the following properties for the total purchase price specified below:

| | Address | City/Town | State | ZIP Code | Parcel Number | Total Purchase Price |
|---|---|---|---|---|---|---|
| 1 | 4338 Thrush Drive | Indianapolis | IN | 46222 | 49-06-20-108-018.000-901 | $114,000.00 |
| 2 | 3331 N. Chester Avenue | Indianapolis | IN | 46218 | 49-07-21-131-003.000-101 | $85,015.00 |

| | Address | City/Town | State | ZIP Code | Parcel Number | Total Purchase Price |
|---|---|---|---|---|---|---|
| 3 | 1347 Edgemont Avenue | Indianapolis | IN | 46208 | 49-06-27-136-024.000-101 | $75,000.00 |

IT IS FURTHER ORDERED that the Receiver may proceed with closing the sales for these properties and execute deeds and other related documents transferring each property to each prospective purchaser.

SO ORDERED, this 21st day of January, 2026.

_Cathy Seibel_

_____

Honorable Cathy Seibel
United States District Court Judge