**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF COREVEST AMERICAN FINANCE 2022-P2 TRUST MORTGAGE PASS-THROUGH CERTIFICATES c/o SITUS HOLDINGS LLC 2 EMBARCADERO CENTER, 8th FLOOR, SAN FRANCISCO, CA 94111,<br><br>    Plaintiff,<br><br>  v.<br><br>BRICKS & TIMBER RESIDENTIAL LLC and B&T RESIDENTIAL PLEDGOR LLC,<br><br>    Defendants. | Case No. 7:24-cv-06353-CS<br><br>**[Proposed] ORDER ON RECEIVER'S CONSENT MOTION FOR COURT APPROVAL OF THE PROPOSED SALE OF TWO PROPERTIES IN THE RECEIVERSHIP ESTATE** |

THIS MATTER is before the Court on the *Receiver's Consent Motion for Court Approval of the Proposed Sale of Two Properties in the Receivership Estate.* The Court FINDS that the sale is authorized in the Court's order, dated October 7, 2024, which grants the Receiver authority to sell properties in the Receivership Estate.

WITH THE CONSENT OF THE PARTIES, IT IS HEREBY ORDERED that the Court approves the sale of the following property for the total purchase price specified below:

| | Address | City/Town | State | ZIP Code | Parcel Number | Total Purchase Price |
|---|---|---|---|---|---|---|
| 1. | 2316 3rd Street NE | Center Point | AL | 35215 | 12-00-18-1-005-036.000 | $98,000.00 |
| 2. | 102 Channel Lane | Madison | MS | 39110 | 072A-12B-011/00.00 | $111,000.00 |

IT IS FURTHER ORDERED that the Receiver may proceed with closing the respective sale for each property and execute deeds and other related documents transferring each property to each respective purchaser.

**SO ORDERED,** this 27th day of May, 2026.

_____
Honorable Cathy Seibel
United States District Court Judge


The Clerk shall terminate ECF No. 46.

2